UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK E. FEINERSTEIN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MARSH & MCLENNAN COMPANIES, INC, PUTNAM INVESTMENTS TRUST, PUTNAM INVESTMENT MANAGEMENT LLC, PUTNAM INVESTMENT FUNDS, PUTNAM INTERNATIONAL CAPITAL OPPORTUNITIES FUND, PUTNAM INTERNATIONAL EQUITY FUND, PUTNAM INTERNATIONAL GROWTH AND INCOME FUND, PUTNAM INVESTORS FUND, and DOES 1-100, <br><br> Defendants. | CIVIL ACTION NO. 03-12474 (MLW) |

**MOTION FOR REASSIGNMENT AND TRANSFER PURSUANT TO LOCAL RULE 40.1, CONSOLIDATION AND ENTRY OF PRETRIAL ORDER NO. 1**
**[CAPTION CONTINUED ON NEXT PAGE]**

| | |
|---|---|
| MARIA DAGOSTINO-GANNON, Individually and ) <br> On Behalf of All Others Similarly Situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PUTNAM INVESTMENTS TRUST, PUTNAM ) <br> INVESTMENT MANAGEMENT LLC, PUTNAM ) <br> INVESTMENT FUNDS, MARSH & MCLENNAN ) <br> COMPANIES, INC., PUTNAM INTERNATIONAL ) <br> CAPITAL OPPORTUNITIES FUND (formerly ) <br> known as the PUTNAM INTERNATIONAL ) <br> VOYAGER FUND), PUTNAM INTERNATIONAL ) <br> EQUITY FUND, PUTNAM INTERNATIONAL ) <br> GROWTH AND INCOME FUND, PUTNAM ) <br> INTERNATIONAL NEW OPPORTUNITIES ) <br> FUND, PUTNAM EUROPE GROWTH FUND, ) <br> PUTNAM INTERNATIONAL GROWTH FUND, ) <br> PUTNAM GLOBAL EQUITY FUND, PUTNAM ) <br> EUROPE EQUITY FUND, PUTNAM ) <br> INTERNATIONAL GROWTH FUND, PUTNAM ) <br> INTERNATIONAL GROWTH AND INCOME ) <br> FUND, PUTNAM INTERNATIONAL NEW ) <br> OPPORTUNITIES FUND and DOES 1 - 100, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 03-12475 <br> (GAO) |

Plaintiffs Mark E. Feinerstein and Maria Dagostino-Gannon by their counsel, Gilman and Pastor, LLP, Cauley Geller Bowman & Rudman LLP ("Cauley Geller") and Bernstein Liebhard & Lifshitz LLP ("Bernstein Liebhard"), hereby move this Court for the following: reassignment and transfer of *D'Agostino-Gannon v. Putnam Investments Trust, et al.*, C.A. No. 03-12475 (GAO) (the "*D'Agostino-Gannon* Action"), pursuant to Local Rule 40.1 (E)(5) and (I); consolidation of the *D'Agostino-Gannon* Action and *Feinerstein v. Marsh & McLennen Companies, Inc., et al.*, C.A. No. 03-12474 (MLW) (the "*Feinerstein* Action"); and entry of the proposed Pretrial Order No. 1, submitted herewith, which, among other things, designates Cauley

Geller and Bernstein Liebhard as co-lead counsel and provides a procedure for organizing these cases.

## I. THE *D'AGOSTINO-GANNON* ACTION SHOULD BE REASSIGNED AND TRANSFERRED

The *Feinerstein* Action, the first-filed of these two cases, was assigned to Judge Wolf, and the *D'Agostino-Gannon* Action, filed shortly thereafter, was assigned to Judge O'Toole. Because of the closeness in time of the filings, it was not possible for the *D'Agostino-Gannon* Action to be filed as a related case to the *Feinerstein* Action.

However, the two cases are related within the meaning of Local Rule 40.1 (E)(1) for the following reasons: a) there are several defendants common to both cases; b) the cases involve the same claims, as both allege violations of the Investment Company Act of 1940; c) the two cases involve the same transactions and events; and d) the two cases involve substantially the same questions of fact and law. Therefore, the initial treatment of these two cases as not related should be corrected, as provided in Local Rule 40.1 (E)(5) and (I), and the *D'Agostino-Gannon* Action should be reassigned and transferred to Judge Wolf, to whom the earlier-filed *Feinerstein* Action has been assigned.

## II. THE ACTIONS SHOULD BE CONSOLIDATED FOR ALL PURPOSES

For the reasons stated above in Section I., after transfer and reassignment of the *D'Agostino-Gannon* Action, the two actions should be consolidated for all purposes. The two actions both assert class claims on behalf of all purchasers, redeemers and holders of the mutual fund shares of Putnam Funds for alleged violations of the Investment Company Act during the relevant time period. The Actions name virtually the same defendants and involve the same

factual and legal issues. They are each brought by investors who purchased Putnam Funds. Consolidation is appropriate where there are actions involving common questions of law or fact. Fed. R. Civ. P. 42 (a). *See Johnson v. Celotex Corp.*, 899 F.2d 1281, 1284 (3d Cir.) (1990). That test is met here and, accordingly, the actions should be consolidated.

### III. ENTRY OF PRETRIAL ORDER NO. 1 AND APPOINTMENT OF LEAD COUNSEL

In accordance with the *Manual for Complex Litigation–Third* (2002) (the "*Manual*"), it is appropriate for the Court to enter an order setting forth procedures for the management of these cases, and appointing a leadership structure for plaintiffs' counsel. Consistent with the recommendations of the *Manual*, plaintiffs submit for the Court's consideration a proposed form of Pretrial Order No. 1, which provides for, *inter alia*, the consolidation of the above-captioned actions and actions subsequently filed in, or transferred to, this District; the designation of a Master File Docket number; the establishment of efficient procedures for the filing and docketing of papers with the Clerk of Court; and the appointment of lead counsel for plaintiffs. Plaintiffs' co-lead counsel will coordinate and organize plaintiffs in the conduct of this litigation, and will ensure that the interests of all plaintiffs are represented in the prosecution of this action.

The two firms proposed as co-lead counsel here, Cauley Geller and Bernstein Liebhard, are well-suited and well-qualified to perform this role. Both firms specialize in complex class and derivative litigation, representing investors, consumers, employees and other groups in class and derivative actions pending in state and federal courts throughout the United States. Both firms also have an extensive and successful record of managing complex litigation and obtaining large recoveries for the classes and parties that they have represented. In further support of the

request to have these firms designated as co-lead counsel, the firm resumes of Cauley Geller and Bernstein Liebhard are submitted herewith as Exhibits A and B, respectively, to the Affidavit of David Pastor.

WHEREFORE, Plaintiffs Mark E. Feinerstein and Maria Dagostino-Gannon respectfully request that the Court: reassign and transfer the *D'Agostino-Gannon* Action; consolidate the two actions; enter the attached proposed Pretrial Order No. 1; and grant such other and further relief as the court may deem appropriate.

Dated: January 8, 2004

        **GILMAN AND PASTOR, LLP**

        By: *[signature]*
        David Pastor (BBO # 391000)
        Stonehill Corporate Center
        999 Broadway, Suite 500
        Saugus, MA 01906
        Tel.: (781) 231-7850

        **CAULEY GELLER BOWMAN**
         **& RUDMAN LLP**
        Samuel H. Rudman
        David A. Rosenfeld
        Mario Alba Jr.
        200 Broadhollow Rd., Suite 406
        Melville, NY 11747
        Tel.:   (631) 367-7100

**CERTIFICATE OF SERVICE**

I Hereby Certify That A True Copy of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail (By Hand) On 1/8/04

*[signature]*

**BERNSTEIN LIEBHARD &**
 **LIFSHITZ, LLP**
Sandy A. Liebhard
U. Seth Ottensoser
10 East 40th Street
New York, NY  10016
Tel:  (212) 779-1414

**Attorneys for Plaintiffs**

## PUTMAN MUTUAL FUNDS SERVICE LIST

**ATTORNEYS FOR PLAINTIFFS**:

Mark C. Grady
Nancy Kaboolian
**ABBEY GARDY LLP**
21 East 39gh Streeet
New York, NY 10016
Tel: (212) 899-3700
Fax: (212) 684-5191
*Attorneys for Ingeborg Engeler*

Jeffrey S. Abraham
**ABRAHAM & ASSOCIATESE**
One Pennsylvania Plaza, Suite 1910
New York, NY 10119
Tel: (212) 714-2444
Fax: (212) 279-3655
*Attornesy for Sheila Schulman, Dana Fisher*

Daniel A. Osborn
**BEATIE & OSBORN LLP**
521 Fifth Avenue, 34th Floor
New York, NY 10175
Tel: (212) 888-9000
Fax: (212) 888-9664
*Attorneys for Meyer Mintz*

Norman Berman
**BERMAN DeVALLERIO PEASE TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 541-1194
*Attornesy for Miranda Zuber, Norma Dweck Custodian for Ezra Dweck, Ann S. Dubin, Helen Wa.S'serman, Harriet Surks, Rochelle Meyer*

Sandy A. Liebhard
U. Seth Ottensoser
Gregory M. Egelston
**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
10 East 40th Streeet
New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
*Attorneys for Rochelle T. Mucha, Mark Feinerstein*

Andrew S. Friedman
Francis J. Balint, Jr.
**BONNETT FAIRBORN FRIEDMAN & BALINT, P.C.**
2901 No. Central, Suite 1000
Phoenix, AZ 85012
Tel: (602) 274-1100
Fax: (602) 274-1199
*Attorneys for Tom Sichra*

Robert J. Bonsignore
**BONSIGNORE & BREWER**
23 Forest Street
Medford, MA 02155
Tel: (781) 391-9494
Fax: (781) 391-9496
*Attornesy for Jacqueline Burton, Nicola Burton*

Klint Bruno
**LAW OFFICES OF KLINT BRUNO**
1131 Lake Street
Oak Park, IL 60301
Tel: (312) 285-4916
*Attorneys for Carl Kircher, Robert Brockway*

Samuel H. Rudman
Robert M. Rothman
David A. Rosenfeld
Mario Alba, Jr.
**CAULEY GELLER BOWMAN & RUDMAN, LLP**
200 Broadhollow Road, Suite 406
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
*Attorneys for Dawn Maniskas, Rochelle T. Mucha, Maria Dagostino-Gannon*

Pamela S. Tikellis
Robert J. Kriner, Jr.
**CHIMICLES & TIKELLIS, LLP**
One Rodney Square, 5th Floor
Wilmington, DE 19801
Tel: (302) 656-2500
Fax: (302) 656-9053
*Attorneys for Zachary A. Starr, derivatively on behalf of Putnam Funds, Putnam International Equity Fund*

Nicholas E. Chimicles
Denis Davis Schwartzman
Timothy N. Mathes
**CHIMICLES & TIKELLIS, LLP**
361 Weest Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
*Attorneys for John K. Clment, Gail Craven, et al.*

Martin D. Chitwood
Lauren D. Antonio
**CHITWOOD & HARLEY**
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309
Tel: (404) 873-3900
Fax: (404) 876-4476
*Attorneys for Diane Hutto, Dina Rozenbaum derivatively on behalf of Putnam International Equity Fund, et al., Seth B. Marks derivatively on behalf of the Putnam Research Fund, et al.*

Catherine A. Torell
**COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.**
150 East 52nd Street, 30th Floor
New York, NY 10022
Tel: (212) 838-7797
Fax: (212) 838-7745
*Attorneys for Romilda Braatz*

Steven J. Brooks
Robert D. Hillman
**DEUTSCH WILLIAMS BROOKS DeRENSIS & HOLLAND, PC**
99 Summer Street, 13th Floor
Boston, MA 02110
Tel: (617) 951-2300
Fax: (617) 951-2323
*Attorneys for Diane Hutto, Diana Dina Rozenbaum derivatively on behalf of Putnam, International Equity Fund, et al., John K. Clement, Gail Craven, et al. Seth B. Marks derivatively on behalf of Putnam Research Fund, et al.*

Michael P. Donovan
**DONOVAN & SEARLES, LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel: (215) 732-6067
Fax: (215) 732-8060
*Attorneys for James Ryan, Susan Ryan*

John G. Emerson
Scott E. Poynter
**EMERSON & POYNTER LLP**
P.O. Box 164810
Little Rock, AR 72216
Tel: (501) 907-2555
Fax: (501) 907-2556
*Attorneys for Sara Gurno, Daniel Dallmann*

Patricia Dallmann
William B. Federman
**FEDERMAN & SHERWOOD**
120 North Robinson Avenue, Suite 2720
Oklahoma City, OK 73102
Tel: (405) 235-1560
Fax: (405) 239-2112
*Attorneys for Michael Federman*

Peter Fischbein
**LAW OFFICES OF PETER FISCHBEIN**
777 Terrace Avenue, 5th Floor
Hasbrouck Heights, NJ 07604
Tel: (201) 288-1307
Fax: (201) 288-8208
*Attorneys for Frederic Ian Fischbein PC,
Lawrence E. Jaffe as Trustee of Lawrence
E. Jaffee Pension Plan*

Frederick P. Furth
Henry A. Cirillo
Carolyn B. Burton
Michael S. Christina
**THE FURTH FIRM LLP**
225 Bush Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 433-2070
Fax: (415) 982-2076
e-mail: hcirillo@furth.com
e-mail: cbl.lrton@furth.com
e-mail: mchristian@furth.com
*Attorneys for Jacqueline Burton, Nicola
Burton*

David Pastor
Peter A. Lagorio
**GILMAN & PASTOR, LLP**
999 Broadway, Suite 500
Saugus, MA 01906
Tel: (781) 231-7850
Fax: (781) 231-7840
*Attorneys for Mark E. Finerstein, Maria
Dagostino-Gannon, Robert Foster, Vernon
Aisner*

Michael Goldberg
**GLANCY & BINKOW LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
*Attorneys for Marvin Goldfarb*

Jonathan M. :lasse
Christopher J. Keller
**GOODKIND LABATON RUDOFF
& SUCHAROW**
100 Park Avenue, 12th Floor
New York, NY 10017
Tel: (212) 907-0700
Fax: (212) 818-0477
*Attorneys for Kristin Garfield, James Ryan,
Susan Ryan*

John J. Roddy
Elizabeth A. Ryan
Gary E. Klein
**GRANT & RODDY**
44 School Street, Suite 400
Boston, MA 02108
Tel: (617) 248-8700
Fax: (617) 248-0720
*Attorneys for Sally A. Bulawsky as Trustee of
the Robert L. And Sally A. Bulawsky Trust,
Robert L. Bulawsky*

Robert S. Green
Robert A. Jigargian
John W. Pinette
**GREEN & JIGARJIAN LLP**
235 Pine Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 477-6700
Fax: (415) 477-6710
e-mail: raj@classcounsel.com
*Attorneys for Michael Federman*

Thomas M. Sobol
**HAGENS BERMAN LLP**
225 Frnaklin Street, 26th Floor
Boston, MA 02110
Tel: (617) 482-3700
Fax: (617) 482-303
*Attorneys for Cynthia Puleo derivtively on behalf of the Putnam International New Opportunities Fund*

Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue Avenue, Suite 2900
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
*Attorneys for Cynthia Puleo derivatively on behalf of the Putnam International New Opportunities Fund*

Marc S. Henzel
**LAW OFFICES OF MARC S. HENZEL**
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
Tel: (610) 660-8000
Fax: (610) 660-8080
*Attorneys for Samuel M. Troutman, Sr., Marc Warren*

Harry W. Jacobs
**jacobs law offices**
500 East 77th Street, Suite 507
New York, NY 10021
Tel: (212) 288-5172
Fax: (212) 288-5172
*Attorneys for Miranda Zuber*

David Jaroslawicz
**LAW OFFICES OF JAROSLAWICZ & JAROS**
150 William Street
New York, NY 10038
Tel: (212) 227-2780
Fax: (212) 227-5090
*Attorneys for Norma Dweck Custodian for Ezra Dweck*

Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
**JOHNSON & PERKINSON**
1690 Williston Road
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060
*Attorneys for Diane Saunders*

Frederic S. Fox
Chrinstine M. Fox
Donald R. Hall
**KAPLAN FOX & KILSHEIMER LLP**
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
*Attorneys for Frederic Ian Fischbein PC*

Stephen M. Tillerey
**KOREIN TILLERY**
10 Executive Woods Court
Swansea, IL 62226
Tel: (628) 277-1180
Fax: (618) 277-9804
*Attorneys for Carl Kircher, Robert Brockway, Tom Sichra, Steve Dudley, Beth Dudley*

George A. Zeles
**KOREIN TILLERY**
70 West Madison Street, Suite 660
Chicago, IL 60602
Tel: (312) 641-9750
Fax: (312) 641-9751
*Attorneys for Carl Kircher, Robert Brockway, Tom Sichra, Steve Dudley, Beth Dudley*

Eugene Barsh
**KOREIN TILLERY**
701 Market Street, Suite 300
St. Louis, MO 63101
Tel: (314) 241-4844
Fax: (314) 241-1854
*Attorneys for Tom Sichra, Steve Dudley, Beth Dudley*

Alan L. Kovacs
**LAW OFFICE OF ALAN L. KOVACS**
2001 Beacon Street, Suite 106
Boston, MA 02135
Tel: (617) 964-1177
*Attorneys for Yameen, et al., Edward Csey, Tina Casey, Lawrence A. Stigas, Antonio Ioakim, et al.*

**MALINA & WOLSON**
Lincoln Building
60 East 42nd Street
New York, NY 10165
Tel: (212) 986-7410
Fax: (212) 983-8421
*Attorneys for Diane Hutto, Dina Rozenbaum derivatively on behalf of Putnam International Equity Fund, et al.*

Melvyn I. Weiss
Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
**MILBERG WEISS BERSHAD HYNES & LERACH, LLP**
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
*Attorneys for Sheila Schulman, Dana Fisher, Michael Federman, Samuel M. Troutman, Sr., Marc Warren, Lawrence E. Jaffe as Trustee of Lawrence E. Jaffe Pension Plan, Sara Gurno, Daniel Dallmann, Patricia Dallmann*

John J. Stoia, Jr.
Timothy G. Blood
Susan Collyer
William J. Doyle, II
**MILBERG WEISS BRSHAD HYNES & LERACH, LLP**
401 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423
*Attorneys for Tom Sichra*

Nancy F. Gans
**MOULTON & GANS**
33 Broad Street, Suite 1100
Boston, MA 02109
Tel: (617) 369-7979
Fax: (617) 369-7980
*Attorneys for Samuel M. Troutman, Sr., Marc Warren, Lawrence E. Jaffe as Trustee of Lawrence E. Jaffe Pension Plan, Sara Gurno, Daniel Dallmann, Patricia Dallmann*

Bruce G. Murphy
**LAW OFFICES OF BRUCE G. MURPHY**
265 Llwyds Lane
Vera Beach, FL 32963
Tel: (772) 231-4202
Fax: (772) 231-4042
*Attorneys for Seth B. Marks derivatively on behalf of the Putnam Research Fund, et al.*

**NAPOLI KAISER & BERN LLP**
115 Broadway
New York, NY 10006
Tel: (212) 267-3700
Fax: (212) 513-7320
*Attorneys for Salvatore Piliere*

Klari Neuwelt
**LAW OFFICE OF KLARI NEUWELT**
110 East 59th Street, 29th Floor
New York, NY 10022
Tel: (212) 593-8800
Fax: (212) 513-7320
*Attorneys for Ann S. Dubin, Helen Wasserman, Harriet Surks*

Harold B. Obsteld
**HAROLD B. OBSTELD, P.C.**
260 Madison Avenue, 18th Floor
New York, NY 10016
Tel: (212) 696-1212
Fax: (212) 696-1398
*Attorneys for Meyer Mintz*

Charles Piven
**LAW OFFICES OF CHEARLES J. PIVEN, P.A.**
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
Tel: (410) 332-0030
Fax: (410) 685-1300
*Attorneys for Samnuel M. Troutman, Sr., Marc Warren*

Brian P. Murray
Eric J. Belfi
**RABIN MURRAY & FRANK LLP**
275 Madison Avenue
New York, NY 10016
Tel: (212) 682-1818
Fax: (212) 682-1892
*Attorneys for Marvin Goldfarb, Sheila Schulman, Dana Fisher, Sara Gurno, Daniel Dallmann, Patricia Dallmann*

Garrett Blanchfield
**REINHARDT WNDORF & BLANCHFIELD**
332 Minesota Street, Suite 1250
St. Paul, MN 55101
*Attorneys for Marvin Goldfarb, Sara Gurno, Daniel Dallmann, Patricia Dallmann*

Stephen V. Saia
**LAW OFFICE OF STEPHEN V. SAIA**
70 Old Cart Path Lane
Pembroke, MA 02359
Tel: (781) 826-8401
Fax: (775) 201-8079
*Attorneys for Diane Saunders*

Richard S. Schiffrin
Marc A. Topaz
Joseph H. Meltzer
Edward W. Ciolko
Edward W. Chang
**SCHIFFRIN & BARROWAY, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Bala Cynwyd, PA 19004
Tel: (610) 667-7706
Fax: (610) 667-7056
*Attorneys for Dawn Maiskas, Jessica Corbeti, Barbara Walsh*

Joel P. Litman
Jay P. Saltzman
Frank R. Schirripa
**SCHOENGOLD & SPORN, P.C.**
19 Fulton Street, Suite 406
New York, NY 10038
Tel: (212) 964-0046
Fax: (212) 267-8137
*Attorneys for Maurice Bonime*

William H. Shaheen
Lucy J. Karl
**SHAHEEN & GORDON**
Two Capital Plaza, Suite 4
Concord, NH 03302
Tel: (603) 225-7262
Fax: (603) 225-5112
*Attorneys for Jacqueline Burton, Nicola Burton*

Ralph M. Stone
Thomas G. Ciarlone, Jr.
**SHALOV STONE & BONNER LLP**
485 Seventh Avenue, Suite 1000
New York, NY 10018
Tel: (212) 239-4340
Fax: (212) 239-4310
*Attorneys for Robert Foster, Vernon Aisner*

Marc J. Ross
**SICHENZIA ROSS FRIEDMAN FERENCE LLP**
1065 Avenue of the Americas, 21st Floor
New York, NY 10018
Tel (212) 930-9700
Fax: (212) 930-9725
*Attorneys for Marvin Goldfarb*

Jeffrey L. Kodroff
William G. Caldes
**SPECTOR ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
*Attorneys for Cynthia Puelo derivatively on behalf of the Putnam International New Opportunities Fund*

Joseph H. Weiss
Richard Acocelli
James E. Tullman
**WEISS & YOURMAN**
One Pennsylvania Plaza
New York, NY 10176
Tel: (212) 682-3025
Fax: (212) 682-3010
*Attorneys for Paul Angotta, Alan Roitman and Robert W. Baird & Co. Trustee FOB Terry Joshi, Murray Zucker, John B. Johnson*

Aaron L. Brody
Jules Brody
**STULL, STULL & BRODY**
6 East 45th Street, 5th Floor
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022
*Attorneys for Murray Zucker, John B. Johnson, Paul Angotta, Alan Roitman and Robert W. Baird & Co. Trustee FOB Terry Joshi, Murray Zucker*

Richard J. Vita
**LAW OFFICES OF RICHARD J. VITA, P.C.**
77 Franklin Street Suite 300
Boston, MA 02110
Tel: (617) 426-6566
Fax: (617) 357-1612
*Attorneys for Yameen, et al., Edward Casey, Tina Casey, Lawrence A. Stigas, Antonio Ioakim, et al.*

Robert I. Harwood
Matthew M.. Houston
**WECHSLER HARWOOD HALEBIAN & FEFFER LLP**
488 Madison Avenue 8th Floor
New York, NY 10022
Tel: (212) 935-7400
Fax: (212) 753-3630
*Attorneys for Jessica Corbett, Barbara Walsh*

Daniel W. Krasner
Fred T. Isquith
Mark C. Rifkin
Robert Abrams
Christopher S. Hinton
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
*Attorneys for Diane Hutto, Dina Rozenbaum derivitively on behalf of Putnam International Equity fund, et al. Seth B. Marks derivitively on behalf of the Putnam Research Fund, et al.*

Andrew E. Lencyk
Chet B. Waldman
Marian P. Rosner
Michael A. Schwartz
**WOLF POPPER LLP**
845 Third Avenue, 12th floor
New York, NY 10022
Tel: (212) 759-4600
Fax: (212) 486-2093
*Attorneys for Salvatore Piliere*

Alfred G.Yates
**LAW OFFICES OF ALFRED G. YATES**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 391-5164
Fax: (412) 471-1033
*Attorneys for Samuel M Troutman, Sr.,*
*Marc Warren*

Eduard Korsinsky
**ZIMMERMAN, LEVI**
**& KORSINSKY, LLP**
39 Broadway, Suite 1440
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7170
*Attorneys for Meyer Mintz*
Jean-Marc Zimmerman
**ZIMMERMAN, LEVI**
**& KORSINSKY LLP**
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7237
**Attorneys for Meyer Mintz**

**ATTORNEYS FOR DEFENDANTS:**

Rebecca R. Jackson
Ann C. Baron
**BRYAN CAVE**
211 North Broadway, Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
*Attorneys for Putnam Funds Trust,
Putnam Investment Management LLC,
Evergreen International Trust, Evergreen
Investment Management Co. LLC*

Jeffrey P. Maletta
**KIRKPATRICK & LOCKHART**
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 778-9000
Fax: (202) 778-9100
*Attorneys for Evergreen International
trust, Evergreen Investment Management
Co. LLC*

John Sylvia
**MINTZ LEVIN COHN FERRIS
GLOVSKY & PEPEO, PC**
One Financial Center, 40th Floor
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
*Attorneys for Justin M Scott*

John D. Gilmore
**PIPER RUDNICK LLP**
100 Oliver Street, 21st Floor
Boston, MA 02110
Tel: (617) 406-6000
Fax: (617) 406-6100
**Attorneys for Omid Kamshad**

John D. Donovan, Jr.
Richard D. Batchelder, Jr.
**ROPES & GRAY**
One International Place
Boston, MA 02110
Tel: (617) 951-7000
Fax: (617) 951-7050
*Attorneys for Putnam Funds Trust,
Putnam Investment Management, LLC,
Putnam International Voyager Fund*

James R. Carroll
**SKADDEN ARPS SLATE
MEAGHER & FLOM LLP**
One Beacon Street
Boston, MA 02108
Tel: (617) 573-4800
Fax: (617)573-4822
*Attorneys for Putnam Investment
Management LLC*

Matthew R. Kipp
Donna L. McDevitt
**SKADDEN ARPS SLATE
MEAGHER & FLOM LLP**
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Tel: (312) 407-0700
Fax: (312) 407-0711
*Attorneys for Putnam Investment
Management LLC*

Seth M. Schwartz
**SKADDEN ARPS SLATE
MEAGHER & FLOM LLP**
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
*Attorneys for Putnam Investment
Management LLC, Marsh & McLennan
Corp., Inc.*