UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK E. FEINERSTEIN, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARSH & MCLENNAN COMPANIES, INC, )<br>PUTNAM INVESTMENTS TRUST, PUTNAM )<br>INVESTMENT MANAGEMENT LLC, PUTNAM )<br>INVESTMENT FUNDS, PUTNAM )<br>INTERNATIONAL CAPITAL OPPORTUNITIES )<br>FUND, PUTNAM INTERNATIONAL EQUITY )<br>FUND, PUTNAM INTERNATIONAL GROWTH )<br>AND INCOME FUND, PUTNAM INVESTORS )<br>FUND, and DOES 1-100, )<br>)<br>Defendants. )<br>)<br>) | CIVIL ACTION NO. 03-12474 (MLW) |

**AFFIDAVIT OF DAVID PASTOR**
**[CAPTION CONTINUED ON NEXT PAGE]**

00001415.WPD ; 1

| | |
|---|---|
| MARIA DAGOSTINO-GANNON, Individually and )<br>On Behalf of All Others Similarly Situated, )<br>                                            )<br>              Plaintiff,                   )<br>                                            )<br>    vs.                                     )<br>                                            )<br>PUTNAM INVESTMENTS TRUST, PUTNAM            )<br>INVESTMENT MANAGEMENT LLC, PUTNAM           )<br>INVESTMENT FUNDS, MARSH & MCLENNAN          )<br>COMPANIES, INC., PUTNAM INTERNATIONAL       )<br>CAPITAL OPPORTUNITIES FUND (formerly        )<br>known as the PUTNAM INTERNATIONAL           )<br>VOYAGER FUND), PUTNAM INTERNATIONAL         )<br>EQUITY FUND, PUTNAM INTERNATIONAL           )<br>GROWTH AND INCOME FUND, PUTNAM              )<br>INTERNATIONAL NEW OPPORTUNITIES             )<br>FUND, PUTNAM EUROPE GROWTH FUND,            )<br>PUTNAM INTERNATIONAL GROWTH FUND,           )<br>PUTNAM GLOBAL EQUITY FUND, PUTNAM           )<br>EUROPE EQUITY FUND, PUTNAM                  )<br>INTERNATIONAL GROWTH FUND, PUTNAM           )<br>INTERNATIONAL GROWTH AND INCOME             )<br>FUND, PUTNAM INTERNATIONAL NEW              )<br>OPPORTUNITIES FUND and DOES 1 - 100,        )<br>                                            )<br>              Defendants.                  ) | CIVIL ACTION NO. 03-12475<br>(GAO) |

I, David Pastor, on oath, hereby depose and say the following:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts, and I am one of the attorneys for plaintiffs in the above-captioned actions.

2. I submit this affidavit in support of the motion of plaintiffs Mark E. Feinerstein and Maria D'Agostino-Gannon for Reassignment and Transfer Pursuant to Local Rule 40.1, Consolidation and entry of Pretrial Order No. 1.

3. Annexed hereto as Exhibit A is a true and correct copy of the firm resume of Cauley Geller Bowman & Rudman, LLP.

4. Annexed hereto as Exhibit B is a true and correct copy of the firm resume of Bernstein Liebhard & Lifshitz, LLP.


I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on January 8, 2004.

DAVID PASTOR