## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

FILED
.. ..ED ... OFFICE

2004 JAN -7 A 10: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| MARK E. FEINERSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., PUTNAM INVESTMENTS TRUST, PUTNAM INVESTMENT MANAGEMENT LLC, PUTNAM INVESTMENT FUNDS, PUTNAM INTERNATIONAL CAPITAL OPPORTUNITIES FUND, PUTNAM INTERNATIONAL EQUITY FUND, PUTNAM INTERNATIONAL GROWTH AND INCOME FUND, PUTNAM INVESTORS FUND, and DOES 1-100,<br><br>Defendants. | Civil Action No. 03 12474 (MLW) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the above-captioned action was filed in this Court on December 8, 2003;

and

WHEREAS, on November 12, 2003, the Putnam Defendants[1] filed a Motion for Transfer

or Consolidation Pursuant to 28 U.S.C. § 1407 (the "Motion") with the Judicial Panel on

Multidistrict Litigation (the "Panel"), seeking to transfer related actions pending against them to

the United States District Court for the District of Massachusetts for coordinated or consolidated

---

[1] For purposes of this Stipulation, the "Putnam Defendants" include Marsh & McLennan Companies, Inc.; Putnam Investments Trust; Putnam Investment Management, LLC; Putnam Investment Funds; the various Putnam mutual funds named in this action; and the present or former employees of the Putnam Defendants. The "Putnam Fund Defendants" consist of Putnam Investment Funds, and the named Putnam mutual funds. The "Putnam Management Defendants" consist of Putnam Investment Trust and Putnam Investment Management, LLC.

pre-trial proceedings with the above-captioned action and other related actions currently pending against them in this and other courts;

IT IS HEREBY stipulated and agreed by and between the undersigned counsel that the Putnam Defendants are not required to respond to the complaint filed in the above-captioned action, and that Plaintiffs will file an amended complaint no later than sixty (60) days after the filing date of the Panel's decision regarding the Motion, unless otherwise agreed upon by the parties and assuming no further order of the Court to the contrary. The Putnam Defendants' shall have sixty (60) days to answer, move or otherwise respond to the amended complaint, unless otherwise agreed upon by the parties and assuming no further order of the Court to the contrary.

If the Putnam Defendants move to dismiss the amended complaint, the Plaintiffs shall have sixty (60) days to respond, unless otherwise agreed upon by the parties and assuming no further order of the Court to the contrary. The Putnam Defendants shall have thirty (30) days to reply to any response by the Plaintiffs unless otherwise agreed upon by the parties and assuming no further order of the Court to the contrary.


ROPES & GRAY LLP                           GILMAN AND PASTOR, LLP

By: _John D. Donovan/BPD_                  By: _David Pastor/by BPD_

John D. Donovan                            David Pastor
One International Place                     Stone Hill Corporate Center
Boston, Massachusetts 02110                999 Broadway
(617) 951-7000                             Suite 500
*Attorneys for the Putnam Fund Defendants*  Saugus, Massachusetts 01906
                                           *Attorneys for Plaintiffs*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: _Jones R. Carroll /by BRA_

James R. Carroll
One Beacon Street
Boston, Massachusetts  02108
*Attorneys for the Putnam Management*
*Defendants*

WILLKIE FARR & GALLAGHER LLP

By: _Stephen W. Greiner/ by BRA_

Stephen W. Greiner
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000
*Attorneys for Marsh & McClennan*
*Companies., Inc.*


Dated:  January 6, 2004


                              SO ORDERED


                              _____
                                                  , U.S.D.J.




<u>**CERTIFICATE OF SERVICE**</u>
I hereby certify that on this day a true copy
of the above document was served upon the
attorney of record for each party by mail/by hand.
Date: 1/7/04

9341022_1                         -3-