SCANNED 1-23-04 FOM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE 2004 JAN 22 P 4:18 U.S. DISTRICT COURT DISTRICT OF MASS.

MARK E. FEINERSTEIN, Individually and On Behalf of All Others Similarly Situated

Plaintiff,

-against-

MARSH & MCLENNAN COMPANIES, INC, et al.,

Defendants.

Civil Action No. 03-12474-MLW

**ORAL ARGUMENT REQUESTED**

MARIA DAGOSTINO-GANNON, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

-against-

PUTNAM INVESTMENTS TRUST, et al.,

Defendants.

Civil Action No. 03-12475-GAO

**DEFENDANTS' MEMORANDUM OF LAW (i) IN OPPOSITION TO PLAINTIFFS' MOTION TO CONSOLIDATE CASES AND APPOINT LEAD COUNSEL, AND (ii) IN SUPPORT OF DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Putnam Investment Management, LLC, Putnam Investments Trust, Marsh & McLennan Companies, Inc., Putnam Investment Funds, and the various named Putnam mutual funds (collectively, the "Putnam Defendants") respectfully submit this memorandum of law in opposition to Plaintiffs' motion to consolidate the above-captioned cases and to appoint lead counsel (the "Plaintiffs' Motion"), and in support of the Putnam Defendants' motion to stay the

consolidate the above-captioned actions[2] and to appoint Cauley Geller Bowman & Rudman LLP and Bernstein Liebhard & Lifshitz, LLP as Co-Lead Counsel.

This Court should defer any decision on Plaintiffs' Motion and should stay all proceedings in the above-captioned cases pending a ruling by the Panel on the Putnam Defendants' MDL Petition, for a number of reasons. First, other plaintiffs who have moved to appoint lead plaintiff and approve lead counsel have voluntarily agreed to stay their motions until the MDL Panel rules.[3] See Stipulation and [Proposed] Order for actions pending in this District (attached hereto as Exhibit A); the Southern District of New York (attached hereto as Exhibit B); and the Northern District of California (attached hereto as Exhibit C).

Second, the above-captioned actions share common questions of law and fact with other Related Actions. The above-captioned actions allege that the Putnam Defendants violated Section 34(b) of the Investment Company Act of 1940 and breached fiduciary duties purportedly owed to Plaintiffs. A number of other Related Actions also allege violations of the Investment Company Act, and at least five allege only such violations.[4] Because the above-captioned

---

2 For the ease of the Court, the Putnam Defendants are responding as a group to plaintiff's Motion, as captioned. In so doing, the Putnam Defendants do not concede that each of them has been served with the complaint in each of the actions included in plaintiffs' caption.

3 The Putnam Defendants moved to stay decision on the derivative plaintiffs' motion. See Exhibit D (Defendants' Memorandum of Law (i) in Opposition to Motion by Derivative Plaintiffs to Consolidate Derivative Cases and Appoint Lead Counsel, and (ii) in Support of Defendants' Motion to Stay Proceedings Pending Ruling by the Judicial Panel on Multidistrict Litigation).

4 These include Zuber v. Putnam Investment Management, LLC, No. 03-CV-12175 (D. Mass.); Dubin v. Putnam Investment Management, LLC, No. 03-CV-12209 (D. Mass.); Yameen v. Putnam Investment Management, LLC, No. 03-CV-12222 (D. Mass.); Casey v. Putnam Investment Management, LLC, No. 03-CV-12273 (D. Mass.); and Ioakim v. (continued...)

actions, other pending Investment Company Act-related actions, and the other numerous suits pending against the Putnam Defendants all share common questions of fact and law,[5] this Court should defer decision on the instant motion. The transferee court, once it has all of the cases before it, will be in the best position to consolidate cases, appoint lead counsel, and coordinate discovery and other pretrial proceedings.

Finally, while the Putnam Defendants have requested that all Related Actions be transferred to this District for coordination or consolidation, a small number of plaintiffs have asked that all cases against all mutual fund complexes be transferred to the United States District Court for the Southern District of New York. See, e.g., Piliere Pl.'s Mem. in Opp. to Putnam Defs.' Mot. to Transfer, passim (attached hereto as Exhibit E). Given the possibility that all of the cases against the Putnam Defendants pending in this District could be transferred to another jurisdiction, any decision by this Court on the instant motion would be premature and would waste scarce judicial resources.

## ARGUMENT

### THE COURT SHOULD STAY PROCEEDINGS, INCLUDING PLAINTIFFS' INSTANT MOTION, PENDING THE RULING BY THE MDL PANEL

Plaintiffs request that this Court consolidate the above-captioned actions and any other subsequently-filed related actions. See Pls.' Mot. at 2-3; Proposed Pretrial Order No. 1 at 3-4. This Court should stay all proceedings in the actions, including plaintiffs' request to consolidate and to appoint lead counsel, pending a ruling by the MDL Panel.

---

4 (...continued) Putnam Investment Management, LLC, No. 03-CV- 12402 (D. Mass.).

5 Plaintiffs acknowledge as much by their service list, which includes counsel for other Related Actions pending in this and other districts.

## I. Federal Courts Routinely Stay Actions Pending Rulings by the MDL Panel

Federal courts have the inherent power to stay the proceedings before them. See Rivers v. Walt Disney Co., 980 F. Supp. 1358, 1360 (C.D. Cal. 1997). In exercising this power, a "majority of [federal] courts have concluded that it is . . . appropriate to stay preliminary pretrial proceedings while a motion to transfer and consolidate is pending with the MDL Panel because of the judicial resources that are conserved." Id. at 1362; see also U.S. Bank, Nat'l Ass'n v. Royal Indem. Co., No. CIV.A.3:02-CV-0853-P, 2002 WL 31114069, at *2 (N.D. Tex. Sept. 23, 2002) (staying proceedings pending ruling by MDL Panel); Peckler v. Citigroup, Inc., No. 00-10055-REK (D. Mass June 28, 2000) (order granting stay of proceedings pending ruling by MDL Panel "as a prudential measure") (a copy of this Memorandum and Order is attached hereto as Exhibit F); Aikins v. Microsoft Corp., No. CIV.A.00-0242, 2000 WL 310391, at *1 (E.D. La. Mar. 24, 2000) (staying proceedings pending ruling by MDL Panel).

Courts favor stays pending rulings by the MDL Panel because the litigation of overlapping claims in multiple forums imposes undue costs on the litigants, wastes scarce judicial resources, and leads to duplicative and inconsistent results. See, e.g., U.S. Bank, 2002 WL 31114069, at *2 (granting stay because "[i]f the MDL Motion is granted, all of the Court's time, energy, and acquired knowledge regarding this action and its pretrial procedures will be wasted"). This is true even where, as in this case, defendants seek a stay after plaintiffs have filed a motion for some form of pretrial relief. For example, in Hertz Corp. v. Gator Corp., 250 F. Supp. 2d 421 (D.N.J. 2003), the court stayed the proceedings, including plaintiff's earlier-filed motion for a preliminary injunction, until the MDL Panel issued its ruling in order to prevent the waste of the court's time and resources that otherwise would have resulted. Id. at 428.

## II. Any Decision on Plaintiffs' Motion Should Await the Ruling by the MDL Panel

Plaintiffs will not suffer any prejudice from staying the above-captioned actions until the Panel has ruled on the MDL Petition. Because any stay would remain in place only until the Panel rules, there should be no extended delay. See, e.g., Republic of Venezuela v. Philip Morris Cos., No. 99-0586-CIV, 1999 U.S. Dist. LEXIS 22742, at *6 (S.D. Fla. Apr. 28, 1999) (holding that the "brief stay" pending the MDL Panel's decision would not prejudice plaintiff); see also Register v. Bayer Corp., No. Civ. A. 02-1013, 2002 WL 1585513, at *1 (E.D. La. July 16, 2002) (holding that plaintiff would not be prejudiced by a temporary stay until the MDL Panel's decision); Tench v. Jackson Nat'l Life Ins. Co., No. 99 C 5182, 1999 WL 1044923, at *2 (N.D. Ill. Nov. 12, 1999) (holding that plaintiff would suffer no prejudice by "stay . . . for only the limited period" until the MDL Panel ruled on the request to transfer); Portnoy v. Zenith Labs., No. 86-3512, 1987 WL 10236, at *1 (D.D.C. Apr. 21, 1987) (granting stay where plaintiffs would not be prejudiced by "a short-term stay"). There is no reason to expect that the Panel will not rule on the MDL Petition shortly after it hears argument on January 29.

In contrast, in the absence of a stay, the Putnam Defendants risk multiple proceedings on the same issues. Indeed, devoting time to the consolidation of these cases and other matters at this time would be a waste of scarce judicial resources, particularly when there are other similar actions pending against the same defendants, and when all of the Related Actions could be transferred to another district. Such circumstances greatly favor a stay, and the cases so recognize. See, e.g., Aikins, 2000 WL 310391, at *1 (reasoning that stay pending MDL Panel decision was warranted because defendant "would suffer a considerable hardship and inequity if forced to simultaneously litigate multiple suits in multiple courts" as well as "poten-

tially suffer conflicting rulings by different judges"); accord Am. Seafood, Inc. v. Magnolia Processing, Inc., Civ. A. Nos. 92-1030, 92-1086, 1992 WL 102762, at *2 (E.D. Pa. May 7, 1992) ("The duplicative motion practice . . . demonstrate[s] that judicial economy and prejudice to the defendants weigh heavily in favor of the stay."); see also Rosenfeld v. Hartford Fire Ins. Co., Nos. 88 CIV. 2153, 88 CIV. 2252, 1988 WL 49065, at *1 (S.D.N.Y. May 12, 1988) (holding that stays pending decision by MDL Panel were "warranted . . . to further the underlying purposes of coordination of multidistrict litigation").

Plainly, given the sheer number of Related Actions, any brief pause in the proceedings here is greatly outweighed by the benefits of coordinated litigation of the Related Actions. Indeed, the stay of these cases, and eventual consolidation of all Related Actions, undoubtedly will facilitate a swifter resolution of all of the litigation. See Rosenfeld, 1988 WL 49065, at *2; see also In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Prods. Liab. Litig., 990 F. Supp. 834, 836 (J.P.M.L. 1998) (noting "economies of scale" that all parties will gain from consolidation); In re Stirling Homex Corp. Sec. Litig., 405 F. Supp. 314, 316 (J.P.M.L. 1975) (noting that plaintiffs will "experience a net savings of time, effort and expenses" through consolidation).

## CONCLUSION

For all of the foregoing reasons, any decision on Plaintiffs' Motion should be deferred and the above-captioned actions all should be stayed pending resolution of Putnam's MDL Petition.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Putnam Defendants respectfully request oral argument of this motion.

Dated: January 22, 2004
Boston, Massachusetts

Respectfully submitted,

Of Counsel:
Seth M. Schwartz
Elizabeth A. Hellmann
SKADDEN, ARPS, SLATE
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE
MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

*Counsel for Putnam Investments Trust and Putnam Investment Management, LLC*

John D. Donovan, Jr. (BBO # 130950)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

*Counsel for Putnam Investment Funds and the Various Named Putnam Mutual Funds*

Stephen W. Greiner
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8224

*Counsel for Marsh & McLennan Companies, Inc.*

**CERTIFICATE OF SERVICE**

I, James R. Carroll, hereby certify that on January 22, 2004, I caused a true copy of the foregoing document to be served by first class mail, postage prepaid, upon counsel of record for each other party as indicated on the service list attached hereto.

Dated: January 22, 2004

James R. Carroll

**SERVICE LIST**

**BY FIRST CLASS MAIL**

Mark C. Grady
Nancy Kaboolian
**ABBEY GARDY LLP**
21 East 39th Street
New York, NY 10016

Jeffrey S. Abraham
**ABRAHAM & ASSOCIATES**
One Pennsylvania Plaza, Suite 1910
New York, NY 10119

Daniel A. Osborn
**BEATIE & OSBORN LLP**
521 Fifth Avenue, 34th Floor
New York, NY 10175

Norman Berman
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109

Sandy A. Liebhard
U. Seth Ottensoser
Gregory M. Egelston
**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
10 East 40th Street
New York, NY 10016

Andrew S. Friedman
Francis J. Balint, Jr.
**BONNETT FAIRBORN FRIEDMAN & BALINT, P.C.**
2901 No. Central, Suite 1000
Phoenix, AZ 85012

Robert J. Bonsignore
**BONSIGNORE & BREWER**
23 Forest Street
Medford, MA 02155

Klint Bruno
**LAW OFFICES OF KLINT BRUNO**
1131 Lake Street
Oak Park, IL 60301

Samuel H. Rudman
Robert M. Rothman
David A. Rosenfeld
Mario Alba, Jr.
**CAULEY GELLER BOWMAN & RUDMAN, LLP**
200 Broadhollow Road, Suite 406
Melville, NY 11747

Pamela S. Tikellis
Robert J. Kriner, Jr.
**CHIMICLES & TIKELLIS, LLP**
One Rodney Square, 5th Floor
Wilmington, DE 19801

Nicholas E. Chimicles
Denis Davis Schwartzman
Timothy N. Mathes
**CHIMICLES & TIKELLIS, LLP**
361 West Lancaster Avenue
Haverford, PA 19041

Martin D. Chitwood
Lauren D. Antonio
**CHITWOOD & HARLEY**
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309

Catherine A. Torell
**COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.**
150 East 52nd Street, 30th Floor
New York, NY 10022

Steven J. Brooks
Robert D. Hillman
**DEUTSCH WILLIAMS BROOKS DeRENSIS & HOLLAND, PC**
99 Summer Street, 13th Floor
Boston, MA 02110

Michael P. Donovan
**DONOVAN & SEARLES, LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

John G. Emerson
Scott E. Poynter
**EMERSON & POYNTER LLP**
P.O. Box 164810
Little Rock, AR 72216

Patricia Dallmann
William B. Federman
**FEDERMAN & SHERWOOD**
120 North Robinson Avenue, Suite 2720
Oklahoma City, OK 73102

Peter Fischbein
**LAW OFFICES OF PETER FISCHBEIN**
777 Terrace Avenue, 5th Floor
Hasbrouck Heights, NJ 07604

Frederick P. Furth
Henry A. Cirillo
Carolyn B. Burton
Michael S. Christina
**THE FURTH FIRM LLP**
225 Bush Street, 15th Floor
San Francisco, CA 94104

David Pastor
Peter A. Lagorio
**GILMAN & PASTOR, LLP**
999 Broadway, Suite 500
Saugus, MA 01906

Michael Goldberg
**GLANCY & BINKOW LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

Jonathan M. Plasse
Christopher J. Keller
**GOODKIND LABATON RUDOFF & SUCHAROW**
100 Park Avenue, 12th Floor
New York, NY 10017

John J. Roddy
Elizabeth A. Ryan
Gary E. Klein
**GRANT & RODDY**
44 School Street, Suite 400
Boston, MA 02108

Robert S. Green
Robert A. Jigargian
John W. Pinette
**GREEN & JIGARJIAN LLP**
235 Pine Street, 15th Floor
San Francisco, CA 94104

Thomas M. Sobol
**HAGENS BERMAN LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110

Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Marc S. Henzel
**LAW OFFICES OF MARC S. HENZEL**
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004

Harry W. Jacobs
**JACOBS LAW OFFICES**
500 East 77th Street, Suite 507
New York, NY 10021

David Jaroslawicz
**LAW OFFICES OF JAROSLAWICZ & JAROS**
150 William Street
New York, NY 10038

Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
**JOHNSON & PERKINSON**
1690 Williston Road
South Burlington, VT 05403

Frederic S. Fox
Christine M. Fox
Donald R. Hall
**KAPLAN FOX & KILSHEIMER LLP**
805 Third Avenue, 22nd Floor
New York, NY 10022

Stephen M. Tillerey
**KOREIN TILLERY**
10 Executive Woods Court
Swansea, IL 62226

George A. Zeles
**KOREIN TILLERY**
70 West Madison Street, Suite 660
Chicago, IL 60602

Eugene Barsh
**KOREIN TILLERY**
701 Market Street, Suite 300
St. Louis, MO 63101

Alan L. Kovacs
**LAW OFFICE OF ALAN L. KOVACS**
2001 Beacon Street, Suite 106
Boston, MA 02135

**MALINA & WOLSON**
Lincoln Building
60 East 42nd Street
New York, NY 10165

Melvyn I. Weiss
Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
**MILBERG WEISS BERSHAD HYNES & LERACH, LLP**
One Pennsylvania Plaza
New York, NY 10119

John J. Stoia, Jr.
Timothy G. Blood
Susan Collyer
William J. Doyle, II
**MILBERG WEISS BRSHAD HYNES & LERACH, LLP**
401 B Street, Suite 1700
San Diego, CA 92101

Nancy F. Gans
**MOULTON & GANS**
33 Broad Street, Suite 1100
Boston, MA 02109

Bruce G. Murphy
**LAW OFFICES OF BRUCE G. MURPHY**
265 Llwyds Lane
Vera Beach, FL 32963

**NAPOLI KAISER & BERN LLP**
115 Broadway
New York, NY 10006

Klari Neuwelt
**LAW OFFICE OF KLARI NEUWELT**
110 East 59th Street, 29th Floor
New York, NY 10022

Harold B. Obsteld
**HAROLD B. OBSTELD, P.C.**
260 Madison Avenue, 18th Floor
New York, NY 10016

Charles Piven
**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202

Brian P. Murray
Eric J. Belfi
**RABIN MURRAY & FRANK LLP**
275 Madison Avenue
New York, NY 10016

Garrett Blanchfield
**REINHARDT WENDORF & BLANCHFIELD**
332 Minnesota Street, Suite 1250
St. Paul, MN 55101

Stephen V. Saia
**LAW OFFICE OF STEPHEN V. SAIA**
70 Old Cart Path Lane
Pembroke, MA 02359

Richard S. Schiffrin
Marc A. Topaz
Joseph H. Meltzer
Edward W. Ciolko
Edward W. Chang
**SCHIFFRIN & BARROWAY, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Joel P. Litman
Jay P. Saltzman
Frank R. Schirripa
**SCHOENGOLD & SPORN, P.C.**
19 Fulton Street, Suite 406
New York, NY 10038

William H. Shaheen
Lucy J. Karl
**SHAHEEN & GORDON**
Two Capital Plaza, Suite 4
Concord, NH 03302

Ralph M. Stone
Thomas G. Ciarlone, Jr.
**SHALOV STONE & BONNER LLP**
485 Seventh Avenue, Suite 1000
New York, NY 10018

Marc J. Ross
**SICHENZIA ROSS FRIEDMAN FERENCE LLP**
1065 Avenue of the Americas
21st Floor
New York, NY 10018

Jeffrey L. Kodroff
William G. Caldes
**SPECTOR ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Joseph H. Weiss
Richard Acocelli
James E. Tullman
**WEISS & YOURMAN**
One Pennsylvania Plaza
New York, NY 10176

Aaron L. Brody
Jules Brody
**STULL, STULL & BRODY**
6 East 45th Street, 5th Floor
New York, NY 10017

Richard J. Vita
**LAW OFFICES OF RICHARD J. VITA, P.C.**
77 Franklin Street Suite 300
Boston, MA 02110

Robert I. Harwood
Matthew M. Houston
**WECHSLER HARWOOD HALEBIAN & FEFFER LLP**
488 Madison Avenue 8th Floor
New York, NY 10022

Daniel W. Krasner
Fred T. Isquith
Mark C. Rifkin
Robert Abrams
Christopher S. Hinton
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016

Andrew E. Lencyk
Chet B. Waldman
Marian P. Rosner
Michael A. Schwartz
**WOLF POPPER LLP**
845 Third Avenue, 12th floor
New York, NY 10022

Alfred G.Yates
**LAW OFFICES OF ALFRED G. YATES**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

Eduard Korsinsky
**ZIMMERMAN, LEVI & KORSINSKY, LLP**
39 Broadway, Suite 1440
New York, NY 10006

Jean-Marc Zimmerman
**ZIMMERMAN, LEVI & KORSINSKY LLP**
226 St. Paul Street
Westfield, NJ 07090

Jeffrey P. Maletta
**KIRKPATRICK & LOCKHART**
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036

John Sylvia
**MINTZ LEVIN COHN FERRIS GLOVSKY & PEPEO, PC**
One Financial Center, 40th Floor
Boston, MA 02111

John D. Gilmore
**PIPER RUDNICK LLP**
100 Oliver Street, 21st Floor
Boston, MA 02110

John D. Donovan, Jr.
Richard D. Batchelder, Jr.
**ROPES & GRAY**
One International Place
Boston, MA 02110

Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
**CAULEY GELLER BOWMAN & RUDMAN LLP**
200 Broadhollow Road, Suite 406
Melville, NY 11747

David Pastor
**GILMAN AND PASTOR, LLP**
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

Sandy A. Liebhard
U. Seth Ottensoser
Gregory M. Egleston
**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
10 East 40th Street
New York, NY 10016

Stephen W. Greiner
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019