UNITED STATES DISTRICT COURT ... 22 P 4: 18
DISTRICT OF MASSACHUSETTS

DISTRICT COURT
... OF MASS.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MARK E. FEINERSTEIN, Individually and On )
Behalf of All Others Similarly Situated )
)
Plaintiff, )
) Civil Action
-against- ) No. 03-12474-MLW
)
MARSH & MCLENNAN COMPANIES, INC, )
et al., )
)
Defendants. )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - )
MARIA DAGOSTINO-GANNON, Individually and )
On Behalf of All Others Similarly Situated, )
)
Plaintiff, )
) Civil Action
-against- ) No. 03-12475-GAO
)
PUTNAM INVESTMENTS TRUST, et al., )
)
Defendants. )
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Putnam Investment Manage-

ment, LLC, and Putnam Investments Trust (together, the "Putnam Defendants") in the above-

captioned actions. In entering this appearance, the Putnam Defendants do not concede that they

have all been served in all of the above-captioned actions, nor do they agree to waive service.

The Putnam Defendants expressly reserve their rights to object to jurisdiction and the sufficiency of process.

Dated: January 22, 2004
      Boston, Massachusetts

Of Counsel:
Seth M. Schwartz
Elizabeth A. Hellmann
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

Respectfully submitted,

James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

*Counsel for Putnam Investments Trust and Putnam Investment Management, LLC*

## CERTIFICATE OF SERVICE

I, James R. Carroll, hereby certify that on January 22, 2004, I caused a true copy of the foregoing document to be served by first class mail, postage prepaid, upon the attorney of record for each other party as indicated on the service list attached hereto.

Dated: January 22, 2004

James R. Carroll