UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK E. FEINERSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., et al.,<br><br>Defendants. | Civil Action<br>No. 03-12474 (MLW) |
| MARIA DAGOSTINO-GANNON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUTNAM INVESTMENTS TRUST, et al.,<br><br>Defendants. | Civil Action<br>No. 03-12475 (GAO) |

## MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Cynthia Puleo ("Puleo"), by her undersigned counsel, as *amicus curiae*, respectfully submits this Motion for Leave to File *Amicus Curiae* Brief in Opposition of Motion for Reassignment and Transfer Pursuant to Local Rule 40.1. Cynthia Puleo is a plaintiff in the matter captioned *Puleo v. Putnam, LLC, et al.*, No. 03-CV-12527 (D. Mass.) presently before Judge Tauro.

For the reasons set forth in the accompanying Memorandum in Support of Motion for Leave to File *Amicus Curiae* Brief, Puleo respectfully requests leave to file an *amicus curiae* brief in the above captioned matter as attached herewith as Exhibit A.

Dated: January 30, 2004

Respectfully submitted,

*[signature]*

**HAGENS BERMAN, LLP**
Thomas M. Sobol, BBO No. 471770
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**HAGENS BERMAN, LLP**
Steve W. Berman
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
**Of Counsel**

**SPECTOR, ROSEMAN & KODROFF, P.C.**
Jeffrey L. Kodroff
William G. Caldes
1818 Market Street, Suite 2500
Philadelphia, Pa. 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
**Of Counsel**

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the following documents was served upon the counsel on the attached service list on January 30, 2004 by first class mail:

1. Derivative Plaintiff Cynthia Puleo's Motion for Leave to File *Amicus Brief*;

2. Brief of Cynthia Puleo as *Amicus Curiae* in Opposition of Plaintiffs' Motion to Consolidate Cases and Appoint Co-Lead Counsel; and

3. Derivative Plaintiff Cynthia Puleo's Memorandum in Support of Motion for Leave to File Amicus Brief.

*/s/ Thomas M. Sobol*
Thomas M. Sobol

## SERVICE LIST

David Pastor
Peter A. Lagorio
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Tel: (781) 231-7850
Fax: (781) 234-7840
***Attorneys for Plaintiffs Mark E. Feinerstein and Maria Dagostino-Gannon***

Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
CAULEY GELLER BOWMAN & RUDMAN LLP
200 Broadhollow Rd., Suite 406
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
***Attorneys for Plaintiffs Mark E. Feinerstein and Maria Dagostino-Gannon***

Sandy A. Liebhard
U. Seth Ottensoser
BERNSTEIN LIEBHARD & LIPSHITZ, LLP
10 East 40th Street
New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
***Attorneys for Plaintiffs Mark E. Feinerstein and Maria Dagostino-Gannon***

Mark C. Grady
Nancy Kaboolian
ABBERY GARDY LLP
21 East 39th Street
New York, NY 10016
Tel: (212) 899-3700
Fax: (212) 684-5191
***Attorneys for Ingeborg Engeler***

Jeffrey S. Abraham
ABRAHAM & ASSOCIATES
One Pennsylvania Plaza, Suite 1910
New York, NY 10119
Tel: (212) 714-2444
Fax: (212) 279-3655
***Attorneys for Sheila Schulman, Dana Fisher***

Norman Berman
BERMAN DEVALERIO
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194
***Attorney for Miranda Zuber and Norman Dweck Custodian for Ezra Dweck, Ann S. Dubin, Helen Wasserman, Harriet Surks, Rochelle Meyers***

Andrew S. Friedman
Francis J. Balint, Jr.
BONNETT FAIRBORN FRIEDMAN & BALINT, P.C.
2901 No. Central, Suite 1000
Phoenix, AZ 85012
Tel: (602) 274-1100
Fax: (602) 274-1199
***Attorneys for Tom Sichra***

4

Robert J. Bonsignore
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155
Tel: (781) 391-9494
Fax: (781) 391-9496
***Attorneys for Jacqueline Burton,
Nicola Burton***

Klint Bruno
Law Offices of Klint Bruno
1131 Lake Street
Oak Park, IL 60301
Tel: (312) 285-4916
***Attorneys for Carl Kircher, Robert
Brockway***

Pamela S. Tikellis
Robert J. Kriner, Jr.
CHIMICLES & TIKELLIS
One Rodney Square, 5th Floor
Wilmington, DE 19801
Tel: (302) 656-2500
Fax: (302) 656-9053
***Attorneys for Zachary A. Starr,
derivatively on behalf of Putnam
Funds, Putnam International Equity
Fund***

Nicholas E. Chimicles
Denis Davis Schwartzman
Timothy N. Matthews
CHIMICLES & TIKELLIS
31 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
***Attorneys for John K. Clement, Gail
Craven, et al.***

Martin D. Chitwood
Lauren D. Antonio
CHITWOOD & HARLEY
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309
Tel: (404) 873-3900
Fax: (404) 876-4476
***Attorneys for Diane Hutto, Dina
Rozenbaum derivatively on behalf of
Putnam International Equity Fund, et
al., Seth B. Marks derivatively on
behalf of the Putnam Research Fund,
et al.***

Catherine A. Torell
COHEN MILSTEIN HAUSFELD &
TOLL, P.L.L.C.
150 East 52nd Street, 30th FL
New York, NY 10022
Tel: (212) 838-7797
Fax: (212) 838-7745
***Attorneys for Romilda Braatz***

Steven J. Brooks
Robert D. Hillman
DEUTSCH, WILLIAMS, BROOKS,
DERENSIS & HOLLAND, PC
99 Summer Street, 13th Floor
Boston, MA 02110
Tel: (617) 951-2300
Fax: (617) 951-2323
***Attorneys for Diane Hutto, Dina
Rozenbaum derivatively on behalf of
Putnam International Equity Fund, et
al., John K. Clement, Gail Craven, et
al., Seth B. Marks derivatively on
behalf of the Putnam Research Fund,
et al.***

5

Michael P. Donovan
Donovan & Searles, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel: (215) 732-6067
Fax: (215) 732-8060
***Attorneys for James Ryan, Susan Ryan***

John G. Emerson
Scott E. Poynter
EMERSON & POYNTER LLP
P.O. Box 164810
Little Rock, AR 72216
Tel: (501) 907-2555
Fax: (501) 907-2556
***Attorneys for Sara Gurno, Daniel Dallmann***

Patricia Dallman
William B. Federman
FEDERMAN & SHERWOOD
120 North Robinson Avenue, Suite 2720
Oklahoma City, OK 73102
Tel: (405) 235-1560
Fax: (405) 239-2112
***Attorneys for Michael Felderman***

Peter Fischbein
LAW OFFICES OF PETER FISCHBEIN
777 Terrace Avenue, 5th Floor
Hasbrouck Heights, NJ 07604
Tel: (201) 288-1307
Fax: (201) 288-8208
***Attorneys for Frederic Ian Fischbein PC, Lawrence E. Jaffe as Trustee of Lawrence E. Jaffe Pension Plan***

Frederick P. Furth
Henry A. Cirillo
Carolyn B. Burton
Michael S. Christina
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 433-2070
Fax: (415) 982-2076
***Attorneys for Jacqueline Burton, Nicola Burton***

Michael Goldberg
GLANCY & BINKOW LLP
1801 Avenue of the Starts, Suite 311
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
***Attorneys for Marvin Goldfarb***

Jonathan M. Lasse
Christopher J. Keller
GOODKING LABATON RUDOFF & SUCHAROW
100 Park Avenue, 12th Floor
New York, NY 10017
Tel: (212) 907-0700
Fax: (212) 818-0477
***Attorneys for Kristin Garfield, James Ryan, Susan Ryan***

John J. Roddy
Elizabeth A. Ryan
Gary E. Klein
GRANT & RODDY
44 School Street, Suite 400
Boston, MA 02108
Tel: (617) 248-8700
Fax (617) 248-0720
***Attorneys for Sally A. Bulawsky as Trustee of the Robert L. and Sally A. Bulawsky Trust, Robert L. Bulawsky***

Robert S. Green
Robert A. Jigargian
John W. Pinette
GREEN & JIGARJIAN LLP
235 Pine Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 477-6700
Fax: (415) 477-6710
*Attorneys for Michael Federman*

Marc S. Henzel
LAW OFFICES OF MARC S. HENZEL
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
Tel: (610) 660-8000
Fax: (610) 660-8080
*Attorneys for Samuel M. Troutman, Sr., Marc Warren*

Harry W. Jacobs
JACOBS LAW OFFICES
500 East 77th Street, Suite 507
New York, NY 10021
Tel: (212) 288-5172
Fax: (212) 288-5172
*Attorneys for Miranda Zuber*

David Jaroslawicz
LAW OFFICES OF JAROSLAWICZ & JAROS
150 William Street
New York, NY 10038
Tel: (212) 227-2780
Fax: (212) 227-5090
*Attorneys for Norma Dweck Custodian for Ezra Dweck*

Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060
*Attorneys for Diane Saunders*

Frederic S. Fox
Christine M. Fox
Donald R. Hall
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
*Attorneys for Frederic Ian Fischbein PC*

Stephen M. Tillery
KOREIN TILLERY
10 Executive Woods Court
Swansea, IL 62226
Tel: (628) 277-1180
Fax: (628) 277-9804
*Attorneys for Carl Kircher, Robert Brockway, Tom Sichra, Steve Dudley, Beth Dudley*

George A. Zeles
KOREIN TILLERY
70 West Madison Street, Suite 660
Chicago, IL 60602
Tel: (312) 641-9750
Fax: (312) 641-9751
*Attorneys for Carl Kircher, Robert Brockway, Tom Sichra, Steve Dudley, Beth Dudley*

Eugene Barsh
KOREIN TILLERY
701 Market Street, Suite 300
St. Louis, MO 63101
Tel: (314) 241-4844
Fax: (314) 241-1854
*Attorneys for Tom Sichra, Steve Dudley, Beth Dudley*

Alan L. Kovacs
LAW OFFICE OF ALAN L. KOVACS
2001 Beacon Street, Suite 106
Boston, MA 02135
Tel: (617) 964-1177
*Attorneys for Yameen, et al., Edward Casey, Tina Casey, Lawrence A. Stigas, Antonio Ioakim, et al.*

MALINA & WOLSON
Lincoln Building
60 East 42nd Street
New York, NY 10165
Tel: (212) 986-7410
Fax: (212) 983-8241
*Attorneys for Diane Hutto, Dina Rozenbaum derivatively on behalf of Putnam International Equity Fund, et al.*

Melvyn I. Weiss
Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
MILBERG WEISS BERSHAD HYNES & LERACH, LLP
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
*Attorneys for Sheila Schulman, Dana Fisher, Michael Federman, Samuel M. Troutman, Sr., Marc Warren, Lawrence E. Jaffe as Trustee of Lawrence E. Jaffe Pension Plan, Sara Gurno, Daniel Dallmann, Patricia Dallmann*

John J. Stoia, Jr.
Timothy G. Blood
Susan Collyer
William J. Doyle
Charles Piven
LAW OFFICES OF CHARLES J. PIVEN, P.A.
The World Trade Center – Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
Tel: (410) 332-0030
Fax: (410) 685-1300
*Attorneys for Samuel M. Troutman, Sr., Marc Warren*

Brian P. Murray
Eric J. Belfi
RABIN MURRAY & FRANK LLP
275 Madison Avenue
New York, NY 10016
Tel: (212) 682-1818
Fax: (212-682-1892
*Attorneys for Marvin Goldfarb, Sheila Schulman, Dana Fisher, Sara Gurno, Daniel Dallmann, Patricia Dallmann*

Garrett Blanchfield
REINHARDT WINDORF & BLANCHFIELD
332 Minnesota Street, Suite 1250
St. Paul, MN 55101
*Attorneys for Marvin Goldfarb, Sara Gurno, Daniel Dallmann, Patricia Dallmann*

Stephen V. Saia
LAW OFFICE OF STEPHEN V. SAIA
70 Old Cart Path Lane
Pembroke, MA 02359
Tel: (781) 826-8401
Fax: (775) 201-8079
*Attorneys for Diane Saunders*

Richard S. Schiffrin
Marc A. Topaz
Joseph A. Meltzer
Edward W. Ciolko
Edward W. Chang
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Tel: (610) 667-7706
Fax: (610) 667-7056
***Attorneys for Dawn Maiskas, Jessica Corbett, Barbara Walsh***

Joel P. Litman
Jay P. Saltzamn
Frank R. Schirripa
SCHOENGOLD & SPRON, P.C.
19 Fulton Street, Suite 406
New York, NY 10038
Tel: (212) 964-0046
Fax: (212) 267-8137
***Attorney for Maurice Bonine***

William H. Shaheen
Lucy J. Karl
Shaheen & Gordon
Two Capital Plaza, Suite 4
Concord, NH 03302
Tel: (603) 225-7262
Fax: (603) 226-5112
***Attorneys for Jacqueline Burton, Nicola Burton***

Ralph M. Stone
Thomas G. Ciarlone, Jr.
SHALOV STONE & BONNER LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Tel: (212) 239-4340
Fax: (212) 239-4310
***Attorneys for Robert Foster, Vernon Aisner***

Marc J. Rose
SICHENZIA ROSS FRIEDMAN FERENCE LLP
1065 Avenue of the Americas, 21st floor
New York, NY 10018
Tel: (212) 930-9700
Fax: (212) 930-9725
***Attorneys for Marvin Goldfarb***

Joseph H. Weiss
Richard Acocelli
James E. Tullman
WIESS & YOURMAN
One Pennsylvania Plaza
New York, NY 10176
Tel: (212) 682-3025
Fax: (212) 682-3010
***Attorneys for Paul Angotta, Alan Roitman and Robert W. Baird & Co. Trustee FOB Terry Josi, Murray Zucker, John B. Johnson***

Aaron L. Brody
Jules Brody
STULL, STULL & BRODY
6 East 45th Street, 5th Floor
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022
***Attorneys for Murray Zucker, John B. Johnson, Paul Angotta, Alan Roitman and Robert W. Baird & Co. Trustee FOB Terry Josi, Murray Zucker***

Richard J. Vita
LAW OFFICES OF RICHARD J. VITA, P.C.
77 Franklin Street Suite 300
Boston, MA 02110
Tel: (617) 426-6566
Fax: (617) 357-1612
***Attorneys for Yameen, et al., Edward Casey, Tina Casey, Lawrence A. Stigas, Antonio Ioakim, et al.***

9

Robert I. Harwood
Matthew M. Houston
WECHSLER HARWOOD HALEBIAN
& FEFFER LLP
488 Madison Avenue 8th Floor
New York, NY 10022
Tel: (212) 935-7400
Fax: (212) 753-3630
*Attorneys for Jessica Corbett, Barbara Walsh*

Daniel W. Krasner
Fred T. Isquith
Mark C. Rifkin
Robert Abrams
Christopher S. Hinton
WOLD HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
*Attorneys for Diane Hutto, Dina Rozenbaum derivatively on behalf of Putnam International Equity fund, et al. Seth B. Marks derivatively on behalf of the Putnam Research Fund, et al.*

Andrew E. Lencyk
Chet B. Waldman
Marian P. Rosner
Michael A. Schwartz
WOLF POPPER LLP
845 Third Avenue, 12th Floor
New York, NY 10022
Tel: (212) 759-4600
Fax: (212) 486-2093
*Attorneys for Salvatore Piliere*

Alfred G. Yates
LAW OFFICES OF ALFRED G. YATES
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (421) 391-5164
Fax: (412) 471-1033
*Attorneys for Samuel M. Troutman, Sr., Marc Warren*

Edward Korsinsky
ZIMMERMAN, LEVI & KORSINSKY, LLP
39 Broadway, Suite 1440
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7170
*Attorneys for Meyer Mintz*

ZIMMERMAN, LEVI & KORSINSKY, LLP
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7237
*Attorneys for Meyer Mintz*

**ATTORNEYS FOR DEFENDANTS:**

Rebecca R. Jackson
Ann C. Baron
BRYAN CAVE
211 North Broadway, Suite 3600
St. Louis, MO 63102
Tel: (617) 259-2000
Fax: (314) 259-2020
*Attorneys for Putnam Funds Trust, Putnam Investment Management LLC, Evergreen International Trust, Evergreen Investment Management Co. LLC*

10

Jeffrey P. Maletta
KIRKPATRICK & LOCKHART
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 778-9000
Fax: (202) 778-9100
***Attorneys for Evergreen International Trust, Evergreen Investment Management Co. LLC***

John Sylvia
MINTZ LEVIN COHN FERRIS
GLOVSKY & PEPPO, PC
One Financial Center, 40th Floor
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
***Attorneys for Justin M. Scott***

John D. Gilmore
PIPER RUDNICK LLP
100 Oliver Street, 21st Floor
Boston, MA 02110
Tel: (617) 406-6000
Fax: (617) 406-6100
***Attorneys for Omid Kamshad***

John D. Donovan, Jr.
Richard D. Batchelder, Jr.
ROPES & GRAY
One International Place
Boston, MA 02110
Tel: (617) 951-7000
Fax: (617) 951-7050
***Attorneys for Putnam Funds Trust, Putnam Investment Management, LLC, Putnam International Voyager Fund***

James R. Carroll
SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
One Beacon Street
Boston, MA 02108
Tel: (617) 573-4800
Fax: (617) 573-4822
***Attorneys for Putnam Investment Management LLC***

Matthew R. Kipp
Donna L. McDevitt
SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Tel: (317) 407-0700
Fax: (317) 407-0711
***Attorneys for Putnam Investment Management LLC***

Seth M. Schwartz
SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
***Attorneys for Putnam Investment Management LLC, Marsh & McLennan Corp., Inc.***