UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK E. FEINERSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN COMPANIES, INC., et al.,<br><br>Defendants. | Civil Action<br>No. 03-12474 (MLW) |
| MARIA DAGOSTINO-GANNON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUTNAM INVESTMENTS TRUST, et al.,<br><br>Defendants. | Civil Action<br>No. 03-12475 (GAO) |

### MEMORANDUM IN SUPPORT OF MOTION
### FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Plaintiff Cynthia Puleo respectfully submits this Memorandum in Support of her Motion for Leave to File *Amicus Curiae* Brief in the above captioned matter.

### INTERESTS OF PROPOSED AMICUS

Cynthia Puleo ("Puleo") is a Plaintiff in the matter captioned *Puleo v. Putnam, LLC, et al.*, No. 03-CV-12527 (D. Mass.) currently before Judge Tauro. The Puleo action is a derivative suit on behalf of the Putnam Funds. The Motion for Reassignment and Transfer Pursuant to Local Rule 40.1, presently before this court, seeks to determine a structure for management of the two above captioned matters as well as a leadership structure for the consolidated case. The motion was filed before first consulting or

attempting to resolve matters with other Derivative Plaintiffs' counsel or other Class Action Plaintiffs' counsel.

Puleo's interest in the matter stems from her role as a Plaintiff in a derivative Putnam Funds action. She has an interest in participating in the decisions that would impact Putnam Funds actions, including hers. Further, Plaintiff Puleo believes that a decision on the Motion for Reassignment and Transfer Pursuant to Local Rule 40.1, presently before this court, should be stayed pending a ruling by the Judicial Panel on Multidistrict Litigation.

Because a decision on Plaintiffs' Feinerstein and Dagostino-Gannon's motion presently before the court impacts the management and structure of Putnam Funds litigation, including Plaintiff Puleo's matter, it is particularly appropriate for the Court to hear from Plaintiff Puleo.

## CONCLUSION

For the foregoing reasons, Derivative Plaintiff Puleo respectfully submit that the Court should grant leave to file *Amicus Curiae* Brief in Opposition to Motion for Reassignment and Transfer Pursuant to Local Rule 40.1.

Dated: January 30, 2004

Respectfully submitted,

*/s/ Thomas M. Sobol*

**HAGENS BERMAN, LLP**
Thomas M. Sobol, BBO No. 471770
225 Franklin Street, 26th Floor
Boston, MA 02110
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**HAGENS BERMAN, LLP**
Steve W. Berman
1301 Fifth Avenue, Suite 2900

Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
**Of Counsel**

**SPECTOR, ROSEMAN &
KODROFF, P.C.**
Jeffrey L. Kodroff
William G. Caldes
1818 Market Street, Suite 2500
Philadelphia, Pa. 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
**Of Counsel**