UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK E. FEINSTEIN, )
    Plaintiff, )
  )
v. ) C.A. No. 03-12474
  )
MARSH & MCLENNAN CO., INC. )
et al )
    Defendants )

## ORDER

WOLF, D.J.                                                                            Feb. 5, 2004

Pursuant to 28 U.S.C. §455(a), I hereby recuse myself in the above-captioned action. Accordingly, it is hereby RETURNED to the Clerk to be randomly reassigned.

UNITED STATES DISTRICT JUDGE