UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
MARK E. FEINERSTEIN, Individually and On     )
Behalf of All Others Similarly Situated       )
                                              )
                    Plaintiff,                )     Civil Action
                                              )     No. 03-12474-UA
          -against-                           )
                                              )
MARSH & MCLENNAN COMPANIES, INC,             )
et al.,                                       )
                                              )
                    Defendants.               )
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  )
MARIA DAGOSTINO-GANNON, Individually and )
On Behalf of All Others Similarly Situated,   )
                                              )
                    Plaintiff,                )     Civil Action
                                              )     No. 03-12475-GAO
          -against-                           )
                                              )
PUTNAM INVESTMENTS TRUST, et al.,            )
                                              )
                    Defendants.               )
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## REPLY MEMORANDUM IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Putnam Investment Management, LLC, Putnam Investments Trust, Marsh & McLennan Companies, Inc., Putnam Investment Funds, and the various named Putnam mutual funds (collectively, the "Putnam Defendants") respectfully submit this reply memorandum in further support of their motion to stay proceedings in the above-captioned actions pending a ruling by the Judicial Panel on Multidistrict Litigation (the "MDL Panel" or the "Panel") on the

Putnam Defendants' petition to transfer a number of related cases to this District pursuant to 28 U.S.C. § 1407 for consolidated or coordinated pretrial proceedings.[1]

## ARGUMENT

### I.    THE ACTIONS SHOULD BE STAYED PENDING RESOLUTION OF THE MDL PETITION

#### A.    Plaintiffs Have No Private Right of Action

The cornerstone of plaintiffs' Opposition is that their lawsuits purportedly are unique because they assert claims pursuant to Section 34(b) of the Investment Company Act of 1940 (the "ICA").  See Pls.' Opp. at 2, 6.  Plaintiffs are wrong.  Section 34(b) claims have been alleged in at least one other case pending against the Putnam Defendants: Dellavalle v. Putnam American Government Income Fund, et al., No. 03-CV-2192 (WWE) (D. Conn.).  (A copy of the complaint is attached hereto as Exhibit A.)  Moreover, the Dellavalle plaintiffs have agreed to stay all proceedings in that case pending the resolution of the Putnam Defendants' MDL petition.  (A copy of the stipulation and order, which has been granted by the court, is attached hereto as Exhibit B.)

Even if plaintiffs' assertion were true, it does not support their opposition to a stay. The great weight of authority holds that there is no private right of action under Section 34 of the ICA.  See, e.g., In re Merrill Lynch & Co., Inc. Research Reports Sec. Litig., 2003 U.S. Dist. LEXIS 19177, at *21-22 (S.D.N.Y. Oct. 29, 2003); White v. Heartland High-Yield Mun. Bond Fund, 237 F. Supp. 2d 982, 987-88 (E.D. Wisc. 2002); Dorchester Investors v. Peak Int'l Ltd.,

---

[1]    For the ease of the Court, the Putnam Defendants are responding as a group to plaintiff's Motion, as captioned.  In so doing, the Putnam Defendants do not concede that each of them has been served with the complaint in each of the actions included in plaintiffs' caption.

134 F. Supp. 2d 569, 581 (S.D.N.Y. 2001); Phillips v. Kapp, 87 F.R.D. 548 (S.D.N.Y. 1980).

While plaintiffs may be among the few who have asserted a facially invalid claim under Section

34, that is no reason to treat theses cases differently from the many other related actions that are

the subject of defendants' petition before the MDL Panel.

### B.   Courts Routinely Grant Discovery Stays Pending Resolution of Potentially Dispositive Motions

There also is no merit to plaintiffs' argument that they somehow would be entitled

to pursue discovery during the pendency of defendants' motion to dismiss plaintiffs' facially

defective claims under the ICA. See Pls. Opp. at 2-3, 6. Even in non-PSLRA cases, courts retain

the discretion to stay, and routinely do stay, all merits discovery pending the resolution of

potentially dispositive motions. See, e.g., LTX Corp. v. Daewoo Corp., 979 F. Supp. 51, 54 (D.

Mass. 1997), aff'd mem., 141 F.3d 1149 (1st Cir. 1998); Stanley v. CF-VH Assocs., 956 F. Supp.

55, 56 (D. Mass. 1997); Cash Energy, Inc. v. Weiner, 768 F. Supp. 892, 896 (D. Mass. 1991).

Furthermore, contrary to plaintiffs' suggestion, there are no other derivative

actions against Putnam in which discovery is underway. See Pls.' Opp. at 6. On December 15,

2003, the parties in a number of the related Putnam actions pending in this District filed a

stipulation and proposed order agreeing to stay all proceedings pending a ruling by the MDL

Panel. See Exhibit C. And on February 9, 2004, the parties in all but one of the other derivative

Putnam actions in this District filed a stipulation and proposed order, attached hereto as Exhibit

D, extending defendants' time to answer or otherwise respond to plaintiffs' complaints until the

MDL Panel has ruled on defendants' petition.

**C.    There Inevitably Will be Overlapping Discovery Because
The  Material Facts Alleged by Plaintiffs in *All* of the
<u>Related Putnam Cases Are Virtually Identical</u>**

Plaintiffs do not, and cannot, deny that they have alleged precisely the same facts that have been pled in support of <u>all</u> claims that are the subject of defendants' petition before the MDL Panel.  Thus, there is and can be no doubt that the discovery in all cases will be substantially overlapping, if not identical, in the unlikely event that plaintiffs' facially defective claims survive a motion to dismiss.  Under the circumstances, and in the interest of efficient and orderly judicial administration of the more than 60 related Putnam cases, it makes no sense to permit plaintiffs to prosecute their two actions as if no other related litigation were pending.

<u>**CONCLUSION**</u>

For all of the foregoing reasons, plaintiffs' Opposition should be rejected and the above-captioned actions all should be stayed pending resolution of Putnam's MDL Petition.

Dated:          February 12, 2004
                Boston, Massachusetts

                                        Respectfully submitted,

                                        *James R. Carroll (Dsc)*
Of Counsel:                             ───────────────────────
Seth M. Schwartz                        James R. Carroll (BBO #554426)
Elizabeth A. Hellmann                   SKADDEN, ARPS, SLATE
SKADDEN, ARPS, SLATE                        MEAGHER & FLOM LLP
    MEAGHER & FLOM LLP                  One Beacon Street
Four Times Square                       Boston, Massachusetts 02108
New York, New York 10036-6522           (617) 573-4800
(212) 735-3000

                                        *Counsel for Putnam Investments Trust and
                                        Putnam Investment Management, LLC*

4

_John D. Donovan (DJC)_

John D. Donovan, Jr. (BBO # 130950)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

*Counsel for Putnam Investment Funds and*
*the Various Named Putnam Mutual Funds*

_Stephen W. Greiner (DJC)_

Stephen W. Greiner
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8224

*Counsel for Marsh & McLennan*
*Companies, Inc.*

## CERTIFICATE OF SERVICE

I, James R. Carroll, hereby certify that on February 12, 2004, I caused a true copy of the foregoing document to be served by first class mail, postage prepaid, upon counsel of record for each other party as indicated on the service list attached hereto.

Dated: February 12, 2004

_James R. Carroll (DJC)_

James R. Carroll

5

## SERVICE LIST

### BY FIRST CLASS MAIL

Mark C. Grady
Nancy Kaboolian
**ABBEY GARDY LLP**
21 East 39th Street
New York, NY 10016

Jeffrey S. Abraham
**ABRAHAM & ASSOCIATES**
One Pennsylvania Plaza, Suite 1910
New York, NY 10119

Daniel A. Osborn
**BEATIE & OSBORN LLP**
521 Fifth Avenue, 34th Floor
New York, NY 10175

Norman Berman
**BERMAN DeVALERIO PEASE
TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109

Sandy A. Liebhard
U. Seth Ottensoser
Gregory M. Egelston
**BERNSTEIN LIEBHARD &
LIFSHITZ, LLP**
10 East 40th Street
New York, NY 10016

Andrew S. Friedman
Francis J. Balint, Jr.
**BONNETT FAIRBORN FRIEDMAN
& BALINT, P.C.**
2901 No. Central, Suite 1000
Phoenix, AZ 85012

Robert J. Bonsignore
**BONSIGNORE & BREWER**
23 Forest Street
Medford, MA 02155

Klint Bruno
**LAW OFFICES OF KLINT BRUNO**
1131 Lake Street
Oak Park, IL 60301

Samuel H. Rudman
Robert M. Rothman
David A. Rosenfeld
Mario Alba, Jr.
**CAULEY GELLER BOWMAN &
RUDMAN, LLP**
200 Broadhollow Road, Suite 406
Melville, NY 11747

Pamela S. Tikellis
Robert J. Kriner, Jr.
**CHIMICLES & TIKELLIS, LLP**
One Rodney Square, 5th Floor
Wilmington, DE 19801

Nicholas E. Chimicles
Denis Davis Schwartzman
Timothy N. Mathes
**CHIMICLES & TIKELLIS, LLP**
361 West Lancaster Avenue
Haverford, PA 19041

Martin D. Chitwood
Lauren D. Antonio
**CHITWOOD & HARLEY**
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309

Catherine A. Torell
**COHEN MILSTEIN HAUSFELD &
TOLL, P.L.L.C.**
150 East 52nd Street, 30th Floor
New York, NY 10022

Steven J. Brooks
Robert D. Hillman
**DEUTSCH WILLIAMS BROOKS
DeRENSIS & HOLLAND, PC**
99 Summer Street, 13th Floor
Boston, MA 02110

Michael P. Donovan
**DONOVAN & SEARLES, LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

John G. Emerson
Scott E. Poynter
**EMERSON & POYNTER LLP**
P.O. Box 164810
Little Rock, AR 72216

Patricia Dallmann
William B. Federman
**FEDERMAN & SHERWOOD**
120 North Robinson Avenue, Suite
2720
Oklahoma City, OK 73102

Peter Fischbein
**LAW OFFICES OF PETER
FISCHBEIN**
777 Terrace Avenue, 5th Floor
Hasbrouck Heights, NJ 07604

Frederick P. Furth
Henry A. Cirillo
Carolyn B. Burton
Michael S. Christina
**THE FURTH FIRM LLP**
225 Bush Street, 15th Floor
San Francisco, CA 94104

David Pastor
Peter A. Lagorio
**GILMAN & PASTOR, LLP**
999 Broadway, Suite 500
Saugus, MA 01906

Michael Goldberg
**GLANCY & BINKOW LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

Jonathan M. Plasse
Christopher J. Keller
**GOODKIND LABATON RUDOFF
& SUCHAROW**
100 Park Avenue, 12th Floor
New York, NY 10017

John J. Roddy
Elizabeth A. Ryan
Gary E. Klein
**GRANT & RODDY**
44 School Street, Suite 400
Boston, MA 02108

Robert S. Green
Robert A. Jigargian
John W. Pinette
**GREEN & JIGARJIAN LLP**
235 Pine Street, 15th Floor
San Francisco, CA 94104

Thomas M. Sobol
**HAGENS BERMAN LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110

Steve W. Berman
**HAGENS BERMAN LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Marc S. Henzel
**LAW OFFICES OF MARC S.
HENZEL**
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004

Harry W. Jacobs
**JACOBS LAW OFFICES**
500 East 77th Street, Suite 507
New York, NY 10021

David Jaroslawicz
**LAW OFFICES OF
JAROSLAWICZ & JAROS**
150 William Street
New York, NY 10038

Dennis J. Johnson
Jacob B. Perkinson
Peter J. McDougall
**JOHNSON & PERKINSON**
1690 Williston Road
South Burlington, VT 05403

Frederic S. Fox
Christine M. Fox
Donald R. Hall
**KAPLAN FOX & KILSHEIMER
LLP**
805 Third Avenue, 22nd Floor
New York, NY 10022

Stephen M. Tillerey
**KOREIN TILLERY**
10 Executive Woods Court
Swansea, IL 62226

George A. Zeles
**KOREIN TILLERY**
70 West Madison Street, Suite 660
Chicago, IL 60602

Eugene Barsh
**KOREIN TILLERY**
701 Market Street, Suite 300
St. Louis, MO 63101

Alan L. Kovacs
**LAW OFFICE OF ALAN L.
KOVACS**
2001 Beacon Street, Suite 106
Boston, MA 02135

**MALINA & WOLSON**
Lincoln Building
60 East 42nd Street
New York, NY 10165

Melvyn I. Weiss
Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
**MILBERG WEISS BERSHAD
HYNES & LERACH, LLP**
One Pennsylvania Plaza
New York, NY 10119

John J. Stoia, Jr.
Timothy G. Blood
Susan Collyer
William J. Doyle, II
**MILBERG WEISS BRSHAD
HYNES & LERACH, LLP**
401 B Street, Suite 1700
San Diego, CA 92101