UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEINERSTEIN, ET AL )<br>　　　Plaintiff )<br> )<br>v. )<br> )<br>PUTNAM INVESTMENT TRUST, ET AL )<br>　　　Defendants ) | Civil Action No.  03-12474-RCL |

ORDER OF RECUSAL

LINDSAY, D.J.

　　I hereby recuse myself with respect to the above-entitled action.

SO ORDERED.


　　　　　　　　　　　　　　　　　　　　/s/ REGINALD C. LINDSAY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

DATED:  February 25, 2004