UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12474-RGS

MARK E. FEINERSTEIN, ET AL

v.

MARSH & MCLENNAN COMPANIES, INC., ET AL

ORDER ON MOTION TO STAY PROCEEDINGS

March 3, 2004

STEARNS, D.J.

    Defendants' request that the proceedings in the above-captioned case be stayed pending a ruling by the Judicial Panel on Multidistrict Litigation is <u>ALLOWED</u>.

                              SO ORDERED.

                              /s/ Richard G. Stearns

                              _____
                              UNITED STATES DISTRICT JUDGE