AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of
MASSACHUSETTS

MARK E. FEINERSTEIN, Individually
and On Behalf of All Others Similarly
Situated,                    Plaintiff
                    V.
Marsh & Mclennan Companies, Inc.,
 et al.               Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 03  12474 MLW

TO: (Name and address of Defendant)

Marsh & McLennan Companies, Inc.
1166 Avenue of the Americas
New York, New York 10036
ATTN: Person Designated to Accept Service

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

12-9-05

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12/17/03 |
|---|---|
| NAME OF SERVER *(PRINT)* Brian Nolan | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1166 Avenue of the Americas

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/31/03___
Date

_____
Signature of Server    1805 Fifth Ave Bay Shore NY

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Mark E. Feinerstein, et. al., Plaintiff(s)
vs.
Marsh & McLennan Companies, Inc., et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:

GILMAN & PASTOR

Ms. Janet Wallace
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

--Marsh & McLennan Companies, Inc.
Court Case No. 03 12474 MLW

State of: ___NEW YORK___ ) ss.
County of: ___SUFFOLK___ )

Name of Server: BRIAN NOLAN                          , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service: that on the __17__ day of __DECEMBER__ , 20 _03_ , at _3:05_ o'clock _p_ M

Place of Service: at _1166 Avenue of the Americas_ , in _New York, NY  10036_

Documents Served: the undersigned served the documents described as:
**Summons and Complaint**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Marsh & McLennan Companies, Inc.**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _ANNA MARIA CARLISI, AUTHORIZED AGENT_

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _WHITE_ ; Hair Color _BROWN_ ; Facial Hair _____
Approx. Age _42_ ; Approx. Height _5'3"_ ; Approx. Weight _135_

[x] To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server          (Date)
BRIAN NOLAN
**APS International, Ltd.**

APS File #:  063309-0001

Subscribed and sworn to before me this
__19__ day of _DECEMBER_ , 20 _03_

_____
Notary Public          (Commission Expires)

VINCENT J. GILLIS
Notary Public, State of New York
No. 01GI4984594
Qualified in Suffolk County
Commission Expires July 29, 2007