UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MARK E. FEINERSTEIN, et al**

      **V.**                          **CIVIL ACTION NO. 03-12474-RGS**

**MARSH & MC CLENNAN COMPANIES;**
**PUTMAN INVESTMENTS TRUST, et al**

## O R D E R

**STEARNS, DJ.**                                    **JULY 26, 2005**

      COUNSEL IN THE ABOVE-CAPTIONED ACTION ARE HEREBY ORDERED TO FILE A "JOINT STATUS REPORT" WITH THIS COURT ON OR BEFORE:

<u>MONDAY, AUGUST 15, 2005</u>

      FAILURE TO COMPLY WILL RESULT IN SANCTIONS TO BE IMPOSED BY THE COURT.

      SO ORDERED.

                                          RICHARD G. STEARNS
                                          UNITED STATES DISTRICT JUDGE

                      **BY:**

                                    /s/ Mary H. Johnson
                                    Deputy Clerk

**Sent to: Attorneys David Pastor and James R. Carroll.**