UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK E. FEINERSTEIN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARSH & MC CLENNAN COMPANIES, INC., )<br>et al., )<br>)<br>Defendants. )<br>) | C.A. No.03-12474-RGS |

# JOINT STATUS REPORT

Now come the parties to the above-captioned action and submit this Joint Status Report, pursuant to the Court's Order dated July 26, 2005 (the "Order"). Pursuant to the Order, the parties report as follows:

1.  On March 3, 2004, this Court entered an order staying proceedings in this action pending a ruling by the Judicial Panel on Multidistrict Litigation ("JPML") as to whether or not this action would be transferred by the JPML as part of a multidistrict proceeding.

2.  On February 20, 2004, the JPML entered a transfer order, transferring various related cases (but not including this case) to the District of Maryland as part of MDL No. 1586, *In re Mutual Funds Investment Litigation*. A copy of the February 20, 2004 transfer order is annexed hereto as Exhibit A.

3.  On March 3, 2004, the JPML issued a Conditional Transfer Order (CTO-1), transferring several actions, including this action, to the District of Maryland as part of MDL No. 1586. A copy of CTO-1 is annexed hereto as Exhibit B. CTO-1 became final on March

19, 2004, when the stay (permitting parties to file notices of opposition) was lifted. *See* Exhibit B, p. 1.

4. On April 16, 2004, this case was received and docketed in the District of Maryland. *See* May 5, 2004 notice from the United States District Court for the District of Maryland, annexed hereto as Exhibit C.

5. As a result of the transfer, this action is no longer pending in this Court.

Dated: August 12, 2005                               Respectfully submitted,

/s/ David Pastor
David Pastor (BBO# 391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Tel.: (617) 742-9700

Counsel for Plaintiffs

/s/ James R. Carroll
James R. Carroll (BBO # 554426)
SKADDEN, ARPS, SLATE
MEAGHER & FLOM LLP
One Beacon Street
Boston, MA 02108
Tel.: (617) 573-4800

Counsel for Defendants Putnam Investments Trust and Putnam Investment Management LLC

/s/ John D. Donovan, Jr.
John D. Donovan, Jr.
(BBO # 130950)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
Tel.: (617) 951-7000

Counsel for Defendants Putnam
Investment Funds and the Various
Named Putnam Mutual Funds

/s/ Stephen W. Greiner
Stephen W. Greiner
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Tel.: (212) 728-8224

Counsel for Defendant Marsh &
McLennan Companies, Inc.